STATE OF CONNECTICUT *v.* STEVEN SEWELL

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 815 (AC 26287), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*Proloy K. Das*, assistant state's attorney, in opposition.

Decided September 13, 2006

GEORGE W. GAGER *v.* ANNE D. SANGER

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 632 (AC 26385), is denied.

*William F. Gallagher* and *Hugh D. Hughes*, in support of the petition.

*Paul M. Geraghty*, in opposition.

Decided September 13, 2006

ATTILIO D'AGOSTINO *v.* HOUSING AUTHORITY OF THE CITY OF WATERBURY

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 834 (AC 26440), is denied.

*Christopher N. Parlato*, in support of the petition.

*William A. Ryan*, in opposition.

Decided September 13, 2006